ANNIE HOTT, as Administratrix, etc., of MOSES HOTT, Deceased, Respondent, v. LESTER J. LITTLE, Appellant.— Order modified by granting preference over issues noticed for the same term, and as so modified affirmed, without costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

LEO FRANK and Another, Respondents, v. WILLIAM BERNARD, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THE ETHELIA REALTY COMPANY, Respondent, v. SIXINWON REALTY CORPORATION, Appellant.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of Application of DI MATTINA JOHNSON CO., INC., Petitioner, for a Peremptory Mandamus Order against WILLIAM F. QUIGLEY, as Commissioner of the Department of Licenses of the City of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ROBERT P. MARSHALL, Respondent, v. JAMES S. BARRON, Appellant, Impleaded with Others, Defendants, etc.— Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

LILLIE LEVY v. ABRAHAM LEVY.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

LILLIE LEVY v. ABRAHAM LEVY.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ETHEL MABARDI v. GEORGES MABARDI.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

CONGRESS WAREHOUSE AND FORWARDING CORPORATION v. PATROLA MANUFACTURING COMPANY.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

WILLIAM L. WOODWARD v. EDWIN A. STEVENS, JR., and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellants procure appellants' points to be filed so that appeal can be argued on or before September 29, 1925. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of CHARLES O. DIBBS, Deceased.— Motion to dismiss appeal denied. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of the Third Intermediate Settlement of the Account of CHARLES P. HIDDEN, as Committee of the Property and Estate of HENRIETTA GARDNER CATTAPANI, an Incompetent Person.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure appellant's points to be filed on or before June 30, 1925, and cause the appeal to be ready for argument on the 29th day of September, 1925. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

EDMOND VAN DYK v. HENRY DUJARDIN.— Motion to dismiss appeal denied. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.